# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 18-18363-AMC

DIANE VASAPOLLI

132 S. ACADEMY AVENUE

GLENOLDEN, PA 19036

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW,** comes William C. Miller, Esquire, chapter 13 standing trustee, and certifies that he served the attached Objection to Confirmation of Chapter 13 Plan on the following parties

**Debtor(s), at the address listed, by first class mail.**
    DIANE VASAPOLLI

    132 S. ACADEMY AVENUE

    GLENOLDEN, PA 19036

**Counsel for debtor(s), by electronic notice only.**
    TIMOTHY ZEARFOSS
    143-145 LONG LANE

    UPER DARBY, PA 19082

**Counsel for the United States Trustee, by electronic notice only.**
    Office of the U.S. Trustee
    Eastern District of Pennsylvania
    833 Chestnut Street, Suite 500
    Philadelphia, PA 19107

        /s/ William C. Miller

Date: 3/21/2019

        _____
        William C. Miller, Esquire
        Chapter 13 Standing Trustee