**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENSYLVANIA**

IN RE:                                    : BR NO. 18-18363
DIANE VASAPOLLI                           :
    Debtor.                          : Chapter 13

**NOTICE OF FILING OF APPLICATION FOR
<u>ALLOWANCE OF COMPENSATION</u>**

    Please take notice that the debtor's attorney, Timothy Zearfoss, Esquire, has filed an application with the Court for allowance of additional compensation in the amount of $3500.00, for total compensation of $5000.00.

    Any person who objects to the approval of said fee must, within 20 days of the date of this notice, file an objection with the Clerk of the United States Bankruptcy Court, 900 Market St., Ste. 400, Phila. PA 19107, and serve the same upon debtor's counsel, Timothy Zearfoss, Esquire, 143-145 Long Lane, Upper Darby, PA 19082. Telephone: (610)734-7001.

    In the event that no objection is filed, the Court may approve the application.

Date: <u>8/29/19</u>                    <u>/s/Timothy Zearfoss_____</u>
                                                  Timothy Zearfoss, Esquire
                                                  143-145 Long Lane
                                                  Upper Darby, PA 19082
                                                  (610)734-7001