```
            IN THE UNITED STATES BANKRUPTCY COURT
          FOR THE EASTERN DISTRICT OF PENSYLVANIA
IN RE:                             : BR NO. 18-18363
DIANE VASAPOLLI                    :
      Debtor.                      : Chapter 13
```

**O R D E R**

AND NOW, this <u>30th</u> day of <u>September</u>, 2019, upon application of Timothy Zearfoss, Esquire, as counsel for the above-named debtor, for allowance of compensation pursuant to L.B.R. 2016-2, it is:

ORDERED, ADJUDGED, and DECREED, that compensation be paid to the applicant in the amount of $3500.00, for total compensation of $5000.00, in the above-captioned matter.

BY THE COURT:

_____
Ashely M. Chan
United States Bankruptcy Judge