United States Bankruptcy Court
Eastern District of Pennsylvania

```
In re:                                                          Case No. 18-18363-amc
Diane Vasapolli                                                 Chapter 13
       Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 0313-2           User: PaulP                 Page 1 of 1              Date Rcvd: Sep 30, 2019
                               Form ID: pdf900             Total Noticed: 1
```

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 02, 2019.
db             +Diane Vasapolli,    132 S Academy ave,    Glenolden, PA 19036-1711
```

```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                   TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                   TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 02, 2019                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 30, 2019 at the address(es) listed below:
              REBECCA ANN SOLARZ    on behalf of Creditor    Quicken Loans Inc. bkgroup@kmllawgroup.com
              TIMOTHY  ZEARFOSS    on behalf of Debtor Diane  Vasapolli tzearfoss@aol.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com
                                                                                             TOTAL: 4
```

```
                IN THE UNITED STATES BANKRUPTCY COURT
              FOR THE EASTERN DISTRICT OF PENSYLVANIA
IN RE:                                : BR NO. 18-18363
DIANE VASAPOLLI                       :
        Debtor.                       : Chapter 13
```

### O R D E R

AND NOW, this <u>30th</u> day of <u>September</u>, 2019, upon application of Timothy Zearfoss, Esquire, as counsel for the above-named debtor, for allowance of compensation pursuant to L.B.R. 2016-2, it is:

ORDERED, ADJUDGED, and DECREED, that compensation be paid to the applicant in the amount of $3500.00, for total compensation of $5000.00, in the above-captioned matter.

BY THE COURT:

_____
Ashely M. Chan
United States Bankruptcy Judge