United States Bankruptcy Court
Eastern District of Pennsylvania

In re:

Case No. 18-18363-elf

Diane Vasapolli

Chapter 13

Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2

User: admin

Page 1 of 2

Date Rcvd: Apr 01, 2022

Form ID: 138OBJ

Total Noticed: 24

The following symbols are used throughout this certificate:

| Symbol | Definition |
| --- | --- |
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 03, 2022:**

| Recip ID | | Recipient Name and Address |
| --- | --- | --- |
| db | + | Diane Vasapolli, 132 S Academy ave, Glenolden, PA 19036-1711 |
| 14272775 | + | First Midwest Bank, Service Finance Co., LLC, 555 S. Federal Hwy #200, Boca Raton, FL 33432-6033 |
| 14253154 | + | Quicken Loans Inc., c/o Rebecca A. Solarz, Esq., KML Law Group, PC, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14249125 | + | Service Finance Compan, 555 S Federal Highway, Boca Raton, FL 33432-5505 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**

Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
| --- | --- | --- | --- | --- |
| smg | | Email/Text: megan.harper@phila.gov | Apr 02 2022 01:09:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Apr 02 2022 01:09:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Apr 02 2022 01:09:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 14249114 | + | Email/PDF: acg.coaf.ebn@aisinfo.com | Apr 02 2022 01:13:27 | Capital One Auto Finance, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14249115 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 02 2022 01:13:26 | Capital One Na, Attn: General Correspondence/Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14249116 | + | Email/Text: bankruptcycollections@citadelbanking.com | Apr 02 2022 01:09:00 | Citadel Fcu, Attn: Bankruptcy, 520 Eagleview Blvd, Exton, PA 19341-1119 |
| 14249117 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Apr 02 2022 01:09:00 | Comenitycapital/boscov, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 14249118 | + | Email/Text: bankruptcy@consumerportfolio.com | Apr 02 2022 01:09:00 | Consumer Portfolio Svc, Attn: Bankruptcy, Po Box 57011, Irvine, CA 92619-7071 |
| 14249119 | + | Email/PDF: creditonebknotifications@resurgent.com | Apr 02 2022 01:13:31 | Credit One Bank, Attn: Bankruptcy, Po Box 98873, Las Vegas, NV 89193-8873 |
| 14249120 | | Email/Text: bk@freedomfinancialnetwork.com | Apr 02 2022 01:09:00 | Freedom Plus, Attn: Bankruptcy, 1875 S Grant St, Ste 450, San Mateo, CA 94402 |
| 14249121 | + | Email/Text: PBNCNotifications@peritusservices.com | Apr 02 2022 01:09:00 | Kohls/Capital One, Kohls Credit, Po Box 3120, Milwaukee, WI 53201-3120 |
| 14249122 | + | Email/Text: Mercury@ebn.phinsolutions.com | Apr 02 2022 01:09:00 | Mercury/FBT, Attn: Bankruptcy, Po Box 84064, Columbus, GA 31908-4064 |
| 14249345 | + | Email/PDF: rmscedi@recoverycorp.com | Apr 02 2022 01:13:34 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14249123 | + | Email/Text: bankruptcyteam@quickenloans.com | Apr 02 2022 01:09:00 | Quicken Loans, 662 Woodward Avenue, Detroit, MI 48226-3433 |

District/off: 0313-2 | User: admin | Page 2 of 2
Date Rcvd: Apr 01, 2022 | Form ID: 138OBJ | Total Noticed: 24

| 14276762 | + Email/Text: bankruptcyteam@quickenloans.com | | |
| | | Apr 02 2022 01:09:00 | Quicken Loans Inc., 635 Woodward Avenue, Detroit, MI 48226-3408 |
| 14249124 | + Email/Text: enotifications@santanderconsumerusa.com | | |
| | | Apr 02 2022 01:09:00 | Santander Consumer USA, Attn: Bankruptcy, Po Box 961245, Fort Worth, TX 76161-0244 |
| 14249126 | + Email/PDF: gecsedi@recoverycorp.com | | |
| | | Apr 02 2022 01:13:31 | Syncb/hhgreg, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14250369 | + Email/PDF: gecsedi@recoverycorp.com | | |
| | | Apr 02 2022 01:13:34 | Synchrony Bank, c/o PRA Receivables Management, LLC, attn: Valerie Smith, PO Box 41021, Norfolk, VA 23541-1021 |
| 14249127 | + Email/PDF: gecsedi@recoverycorp.com | | |
| | | Apr 02 2022 01:13:27 | Synchrony Bank/Care Credit, Attn: Bankruptcy Dept, Po Box 965061, Orlando, FL 32896-5061 |
| 14249128 | + Email/PDF: gecsedi@recoverycorp.com | | |
| | | Apr 02 2022 01:13:26 | Synchrony Bank/Walmart, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |

TOTAL: 20

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 03, 2022          Signature:          /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 1, 2022 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| KENNETH E. WEST | on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com  philaecf@gmail.com |
| REBECCA ANN SOLARZ | on behalf of Creditor Quicken Loans Inc. bkgroup@kmllawgroup.com  rsolarz@kmllawgroup.com |
| TIMOTHY ZEARFOSS | on behalf of Debtor Diane Vasapolli tzearfoss@aol.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 5

### UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF PENNSYLVANIA

---

In Re: Diane Vasapolli

            Debtor(s)

Case No: 18−18363−elf

Chapter: 13

---

### NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

900 Market Street
Suite 400
Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

For The Court

Timothy B. McGrath
Clerk of Court

Dated: 4/1/22

41 − 39
Form 138OBJ